In the Matter of the Application of Laura Brenton McCormick et al., as Testamentary Guardians of Theodora Brenton Eliot McCormick, an Infant, under the Will of Eliot McCormick, Deceased, for an Order Authorizing the Application of the Income of said Infant's Property for her Support.

Laura Brenton MacDonald, Appellant; Edgar W. Abbot et al., Respondents.

*Matter of McCormick*, 40 App. Div. 73, affirmed.
(Argued April 18, 1900; decided May 8, 1900.)

Appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

April 18, 1899, affirming an order of the Surrogate's Court of Kings county denying an application to vacate a prior order of that court or to so modify the same as to direct the other general testamentary guardians to pay over to the appellant the entire income of one-half of the estate of Eliot McCormick, deceased, as the same accrues.

*William R. Wilder* and *John Ewen* for appellant.

*George G. Dutcher* for respondents.

*Edwin Kempton*, special guardian, for respondents.

Order affirmed, with costs to all parties payable out of the fund; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.